```
McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. GAAB
Assistant United States Attorney
Telephone: (559) 498-7316
GERALYN A. GULSETH
Special Assistant United States Attorney
Telephone: (415) 977-8923
3654 Federal Building
1130 "O" Street
Fresno, California 93721

Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHER CHANG, ) <br> ) <br> Appellant, ) <br> ) <br> ) <br> ) <br> ) <br> JO ANNE B. BARNHART, ) <br> Commissioner of ) <br> Social Security, ) <br> ) <br> Respondent. ) <br> _____ ) | 1:04-cv-06587 AWL DLB <br><br> STIPULATION AND ORDER TO REDACT PAGES FROM THE ADMINISTRATIVE RECORD |

The parties to the above-captioned action, by and through their undersigned attorneys, hereby stipulate as follows:

1) Pages 41, 43, 45, and 47-65 of the Certified Administrative Record are confidential records that contain information pertaining to individuals other than Plaintiff;

2) Said pages shall be removed from the Certified Administrative Record by Plaintiff, Defendant and the Court.

3) All copies of the above-mentioned pages shall be returned to the Office of the Regional Counsel, SSA, through the United States Attorney's Office, Fresno, CA.

4) The inadvertent inclusion of any of the above-mentioned

pages in the Certified Administrative Record will not be a basis for a claimed error.

            Respectfully submitted,

Dated: June 29, 2005    /s/ Gina M. Fazio
            (As authorized via facsimile)
            GINA M. FAZIO
            Attorneys for Plaintiff

Dated: June 29, 2005    McGREGOR W. SCOTT
            United States Attorney
            KIMBERLY A. GAAB
            Assistant United States Attorney


            /s/ Kimberly A. Gaab for
            GERALYN A. GULSETH
            Special Assistant U. S. Attorney

IT IS SO ORDERED.

**Dated:   July 1, 2005**       **/s/ Dennis L. Beck**
3c0hj8           UNITED STATES MAGISTRATE JUDGE