1  McGREGOR W. SCOTT
   United States Attorney
2  KIMBERLY A. GAAB
   Assistant U.S. Attorney
3  3654 Federal Building
   1130 "O" Street
4  Fresno, California 93721
   Telephone:  (559) 498-7316
5
   Attorneys for Defendant
6

7            IN THE UNITED STATES DISTRICT COURT FOR THE

8                   EASTERN DISTRICT OF CALIFORNIA

9
   CHER CHAI CHANG,              )   1:04-cv-6587 AWI DLB
10                                )
              Plaintiff,          )   STIPULATION AND ORDER
11                                )   TO EXTEND TIME
                                  )
12        v.                      )
                                  )
13 JO ANNE B. BARNHART,           )
   Commissioner of Social         )
   Security,                      )
14                                )
              Defendant.          )
15 _____)

16
        The parties, through their respective counsel, stipulate
17
   that defendant's time to respond to plaintiff's opening brief be
18
   extended from August 1, 2005 to August 31, 2005.
19
   ///
20
   ///
21
   ///
22
   ///
23
   ///
24
   ///
25
   ///
26
                                  1

1   This is defendant's first request for an extension of time
2 to respond to plaintiff's opening brief.  Defendant needs the
3 additional time to further review the file and prepare a response
4 in this matter.

5                                   Respectfully submitted,

7 Dated: July 22, 2005           /s/ Gina M. Fazio
                                 (as authorized by facsimile)
8                                GINA M. FAZIO
                                 Attorney for Plaintiff

11 Dated: July 25, 2005          McGREGOR W. SCOTT
                                 United States Attorney

13
                                 /s/ Kimberly A. Gaab
14                               KIMBERLY A. GAAB
                                 Assistant U.S. Attorney

18 IT IS SO ORDERED.

19 **Dated:   July 26, 2005**              **/s/ Dennis L. Beck**
20 3c0hj8                         UNITED STATES MAGISTRATE JUDGE

2