1  McGREGOR W. SCOTT
   United States Attorney
2  KIMBERLY A. GAAB
   Assistant U.S. Attorney
3  3654 Federal Building
   1130 "O" Street
4  Fresno, California 93721
   Telephone:  (559) 498-7316
5
   Attorneys for Defendant
6

7           IN THE UNITED STATES DISTRICT COURT FOR THE

8                   EASTERN DISTRICT OF CALIFORNIA

9
   CHER CHAI CHANG,            )   1:04-cv-6587 AWI DLB
10                             )
              Plaintiff,       )   STIPULATION AND ORDER
11                             )   TO EXTEND TIME
                               )
12            v.               )
                               )
13 JO ANNE B. BARNHART,        )
   Commissioner of Social      )
   Security,                   )
14                             )
              Defendant.       )
15 _____)

16
        The parties, through their respective counsel, stipulate
17
   that defendant's time to respond to plaintiff's opening brief be
18
   extended from August 31, 2005 to September 30, 2005.
19
   ///
20
   ///
21
   ///
22
   ///
23
   ///
24
   ///
25
   ///
26
                                1

This is defendant's second request for an extension of time to respond to plaintiff's opening brief.  Defendant needs the additional time to further review the file and prepare a response in this matter.

                                      Respectfully submitted,

Dated: August 29, 2005        /s/ Gina M. Fazio
                                    (as authorized by facsimile)
                                    GINA M. FAZIO
                                    Attorney for Plaintiff


Dated: August 30, 2005        McGREGOR W. SCOTT
                                    United States Attorney


                                    /s/ Kimberly A. Gaab
                                    KIMBERLY A. GAAB
                                    Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   September 1, 2005**                    **/s/ Dennis L. Beck**
3c0hj8                                        UNITED STATES MAGISTRATE JUDGE